IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. STECKER, JODI L. NELSON, JUDGE KARIN NOAKES, and FBI NEBRASKA/AGENT MCGOWAN,<br><br>Defendants. | 4:23CV3157<br><br>MEMORANDUM AND ORDER |

Plaintiff Brendan Welch, a non-prisoner, filed a Motion seeking "free copies" (the "Motion for Copies") of the complaint and "memorandum associated with it" in the instant matter as well as case number 4:23-CV-3186. Filing No. 9 at 1–2. As cause, Plaintiff submits that he needs to "revise them both and add additional facts."

The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y.1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir.1973)). If Plaintiff requires copies of court documents, he should contact the clerk's office to determine the proper method of requesting and paying for copies.

However, the Court shall grant Plaintiff's Motion for Copies in this case only so he may comply with this Court's October 5, 2023, Order requiring Plaintiff to amend his Complaint by November 6, 2023, to rectify numerous pleading deficiencies. Filing No. 7 at 6. **Plaintiff is warned that this is a one-time courtesy and all further requests for copies must be directed to the Clerk's Office.**

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Copies, Filing No. 9, is granted to the extent Plaintiff seeks copies of the Complaint, Filing No. 1, and Supplement, Filing No. 8, in the instant case. To the extent Plaintiff's Motion for Copies seeks copies in Case Number 4:23-CV-3186, that request shall be addressed via separate order in that case.

2. The Clerk's Office is instructed to provide Plaintiff copies of Filing No. 1 and Filing No. 8.

3. The Clerk's Office is further instructed to terminate the November 6, 2023, deadline for Plaintiff to amend his Complaint set forth in this Court's October 5, 2023, order. Filing No. 7 at 6.

4. Plaintiff now has through and until November 20, 2023, to comply with the October 5, 2023, order at Filing No. 7. If Plaintiff fails to file an amended complaint or otherwise respond, Plaintiff's claims against all Defendants will be dismissed without prejudice and without further notice.

5. The Clerk's Office is directed to set a pro se case management deadline in this case using the following text: **November 20, 2023**: Check for amended complaint.

Dated this 20th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court